IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WEIS MARKETS, INC., | No. 4:22-CV-00118 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| THE SF GROUP LTD LIABILITY CO., a/k/a THE SF GROUP, LLC, TATANKA TRADING LLC, RICHARD LEES, and CONNOR LEES, | |
| Defendants. | |

## ORDER

### NOVEMBER 23, 2022

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED**:

1. Defendants SF Group, LLC, and Tatanka Trading, LLC's Motion to Dismiss (Doc. 21) is **DENIED**.

2. Defendants Richard Lees and Connor Lees' Motion to Dismiss (Doc. 27) is **DENIED**.

3. Defendants are directed to file an Answer to Plaintiff Weis Market, Inc.'s First Amended Complaint within fourteen (14) days of this Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge